UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERIC LEE YOUNGS,

    Plaintiff,

v.                                                     Case No.  4:21-cv-267-AW/MJF

FLORIDA STATE HOSPITAL, *et al.*,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This *pro se* non-prisoner case is before the court on referral from the clerk of the court.[1] On July 6, 2021, Chief United States Magistrate Judge Elizabeth M. Timothy screened Plaintiff's habeas petition, determined that Plaintiff was attempting to assert a claim under 42 U.S.C. § 1983, and ordered Plaintiff to file his complaint on the form approved for use in civil-rights cases filed by non-prisoners.[2] (Doc. 4 at 5). Judge Timothy provided Plaintiff thirty days to comply with that order. (*Id.*). Judge Timothy warned Plaintiff that his failure to comply with the order may result in a recommendation of dismissal. (*Id.*). Plaintiff has not complied with the

---

[1] The District Court referred this case to the undersigned to address preliminary matters and to make recommendations regarding dispositive matters. *See* N.D. Fla. Loc. R. 72.2(C); *see also* 28 U.S.C. § 636(b)(1)(B), (C); Fed. R. Civ. P. 72(b).

[2] The case was randomly reassigned to the undersigned.

order and has not responded to the show-cause order issued on August 10, 2021.[3]

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1. This case be **DISMISSED** without prejudice for Plaintiff's failure to comply with orders of this court.[4]

2. The clerk of court be directed to close this case file.

At Pensacola, Florida, this 14th day of September, 2021.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**

---

[3] The show-cause order had a 21-day response deadline and a warning that a failure to comply likely would result in dismissal of this action. Two additional weeks have passed since the show-cause deadline.

[4] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Off.*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); *see* N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").