IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ERIC LEE YOUNGS,**

    **Plaintiff,**

v.                                                    Case No. 4:21-cv-267-AW-MJF

**FLORIDA STATE HOSPITAL, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's September 14, 2021 Report and Recommendation, ECF No. 7, to which no objections have been filed. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1. The Report and Recommendation (ECF No. 7) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "This case is dismissed without prejudice for Plaintiff's failure to comply with a court order."

3. The clerk will close the file.

SO ORDERED on October 28, 2021.

                                                       s/ *Allen Winsor*
                                                     United States District Judge